UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

  - against -    20 Cr. 296 (JGK)

MOHAMED TRAORE    ORDER

                 Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **December 16, 2020** at **11:00 a.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial, to allow for the Government to make discovery and for the defendant to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 13, 2020**, until **December 16, 2020**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  New York, New York
        November 13, 2020

                                    _____
                                    John G. Koeltl
                                    United States District Judge