UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MOHAMED TRAORE

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Cr- 296

Defendant __Mohamed Traore_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __x__ teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

_X__    Conference Before a Judicial Officer


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Marisa K. Cabrera_____
Defendant's Counsel's Signature

__Mohamed Traore_____
Print Defendant's Name

___Marisa K. Cabrera_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_12/14/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge