UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

MOHAMED TRAORE

                         Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Cr- 296

Defendant __Mohamed Traore__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Mohamed Traore_____
Print Defendant's Name

*Marisa K. Cabrera*
_____
Defendant's Counsel's Signature

_Marisa K. Cabrera_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/14/20_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~