**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

      - against -                              20 Cr. 296 (JGK)

**MOHAMED TRAORE,**                            **ORDER**

            **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The plea proceeding is adjourned to **April 15, 2021** at 11:00 a.m.

Because a continuance is needed to assure the effective assistance of counsel, to accommodate scheduling needs, and to allow the defendant time to review the plea agreement and discuss it with counsel, the Court prospectively excludes the time from today, **April 12, 2021,** until **April 15, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 12, 2021**                /s/ John G. Koeltl
                                                      John G. Koeltl
                                    **United States District Judge**