**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

       - against -                       20 Cr. 296 (JGK)

**MOHAMED TRAORE,**                     <u>ORDER</u>

              **Defendant.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Prior to the next conference, the parties should submit a letter setting out their position with respect to the correct treatment for Offense Level calculations for the two prior juvenile offender convictions noted in paragraphs 43 and 44 of the original Pre-Sentence Report dated November 8, 2017.

    **SO ORDERED.**

**Dated:**    **New York, New York**
           **April 16, 2021**           /s/ John G. Koeltl
                                         **John G. Koeltl**
                             **United States District Judge**