UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MOHAMED TRAORE

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Cr- 296

Defendant _Mohamed Traore_ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_X_ Plea Proceeding

_Mohamed Traore_

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Mohamed Traore
Print Defendant's Name

_Marisa K. Cabrera_

Defendant's Counsel's Signature

Marisa K. Cabrera
Print Counsel's Name

This proceeding was conducted by reliable video ~~or telephone~~ conferencing technology.

5/18/21
Date

U.S. District Judge/~~U.S. Magistrate Judge~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-18-21