| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street-10th Floor, New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| David E. Patton<br>*Executive Director* | *Southern District of New York*<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

September 2, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
New York, New York 10007

***Re: United States v. Mohamed Traore*, 20-Cr-296 (JGK)**

Dear Judge Koeltl:

    I write to respectfully request a forty-five-day adjournment of the sentencing proceeding currently scheduled for September 16, 2021. This adjournment will allow the defense sufficient time to acquire additional documents to ensure that he receives the effective assistance of counsel at sentencing. I have spoken the prosecution and they consent to this adjournment. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Attorney for Mohamed Traore

cc:    AUSA Jacob Gutwillig (via ECF)

---

Adjourned to Tuesday, November 23, 2021, at 11am.

SO ORDERED.

Dated: September 8, 2021
       New York, NY

John G. Koeltl, U.S.D.J.