# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 22, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

*Re: United States v. Mohamed Traore, 20 Cr. 296 (JGK)*

Dear Judge Koeltl:

I am the attorney for Mohamed Traore, the defendant in the above-captioned case, and write to request a thirty-day adjournment of the sentencing proceeding, which is currently scheduled for November 29, 2021, as defense counsel is unavailable on the scheduled date. I have spoken with the prosecution and they have no objection to this request. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:    AUSA Jacob Gutwillig (by ECF)

ADJOURNED TO THURSDAY,
JANUARY 13, 2022, AT 11:30AM.
SO ORDERED,
1/23/21
JGK USDJ