UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                  20 cr 296 (JGK)

MOHAMED TRAORE,                                       ORDER
                         Defendant.
------------------------------------------------------------X

        The Court, at sentencing, referenced "FCI Allenwood," when making a recommendation to the Bureau of Prisons, regarding designation of the defendant. The Court, upon researching the Bureau of Prisons website, acknowledges that the correct name of the BOP facility is FCC Allenwood, not FCI Allenwood. The Court will make the correct reference in the judgment.

**SO ORDERED.**

                                                                    JOHN G. KOELTL
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 9, 2022