AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | )  |
|---|---|
| v. | ) |
| Mohamed Traore | ) Case No: 17cr514, 20cr296 |
|  | ) USM No: 79209-054 |
| Date of Original Judgment: 02/04/2022 | ) |
| Date of Previous Amended Judgment: | ) Marisa Kristin Cabrera, Brent Allan Chapman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
With respect to the defendant's sentence in case number 17-cr-514,
the defendant does not qualify for relief because the defendant was
sentenced to time served. With respect to the defendant's sentence in
case number 20-cr-296, the defendant does not qualify for a reduction
because he was sentenced to a mandatory minimum sentence of 60
months' imprisonment.

The defendant is not entitled to a reduction in the 12-month
sentence he received for his violation of supervised release because
18 U.S.C. Section 3582(c)(2) does not authorize a reduction of a
term of imprisonment imposed upon revocation of supervised release.
```

Except as otherwise provided, all provisions of the judgment dated  02/04/2022   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4/30/24

Effective Date: 4/30 *(if different from order date)*

Judge's signature

JOHN G. KOELTL, U.S.D.J.
*Printed name and title*